Argued and submitted October 31, conviction affirmed; remanded for resentencing November 27, 1996

STATE OF OREGON,
*Respondent,*

*v.*

LARNEY LEWIS SAGER,
*Appellant.*

(95-09-37011; CA A91311)

927 P2d 1110

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM